# ALABAMA COURT OF CRIMINAL APPEALS



August 9, 2024

**CR-20-0727**
Michael Anthony Powell v. State of Alabama (Appeal from Shelby Circuit Court:
CC-16-942)

## NOTICE

You are hereby notified that on August 9, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk